**Electronically Filed
Supreme Court
SCWC-14-0000378
04-APR-2017
08:59 AM**

SCWC-14-0000378

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

MICHAEL ROBERT LAWRENCE,
Petitioner/Defendant-Appellant,

and

DIRECTOR OF HEALTH, DEPARTMENT OF HEALTH, STATE OF HAWAIʻI,
Party-in-Interest-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000378; CR. NO. 99-0-0675)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant's Application for Writ

of Certiorari, filed on February 23, 2017, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, April 4, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

